UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
In re:

RHODA J. AVERBACH,

                Debtor.
----------------------------------------------------------X
THOMAS GENOVA, as Trustee for
RHODA J. AVERBACH,

                Plaintiff,

-against-

ANTHONY SCIARRONE,

                Defendant.
----------------------------------------------------------X

**CHAPTER 7**

**Case No. 11-35340 (CGM)**

**ANSWER**

**ADV. PRO. Case No. 11-09022 (CGM)**

      The Defendant, Anthony Sciarrone (hereinafter the "Defendant"), by and through his attorneys, Corbally, Gartland and Rappleyea, LLP, as and for his Answer to the Complaint of the Plaintiff, Thomas Genova, as Trustee for Rhoda J. Averbach (hereinafter the "Trustee"), states as follows:

      1.    The Defendant admits each and every allegation contained in Paragraphs "1" and "2" of the Complaint.

      2.    The Defendant denies knowledge or information sufficient to form a belief thereof as to each and every allegation contained in Paragraph "3" of the Complaint.

      3.    The Defendant admits each and every allegation contained in Paragraph "4" of the Complaint.

1

4. The Defendant denies knowledge or information sufficient to form a belief thereof as to each and every allegation contained in Paragraphs "5," "6," and "7" of the Complaint.

5. As to Paragraphs "8" and "9" of the Complaint, the Defendant respectfully refers the Court to the substance of said Complaint.

6. The Defendant denies each and every allegation contained in Paragraphs "10," "11," "12," "13," "14," "15," "16," and "17" of the Complaint

7. The Defendant denies knowledge or information sufficient to form a belief thereof as to each and every allegation contained in Paragraph "18" of the Complaint.

## AS TO THE PLAINTIFF'S FIRST CAUSE OF ACTION

8. The Defendant restates and reiterates each and every allegation contained in Paragraphs "1" through "7" of this Answer with the same force and effect as if set forth more fully at length herein.

9. As to Paragraphs "20," "21," and "22" of the Complaint, the Defendant respectfully refers the Court to the referenced sections of the Bankruptcy Code for their full effect and meaning.

10. The Defendant denies each and every allegation contained in Paragraphs "23," "24," "25," "26," "27," and "28" of the Complaint.

## AS TO THE PLAINTIFF'S SECOND CAUSE OF ACTION

11. The Defendant restates and reiterates each and every allegation contained in Paragraphs "1" through "10" of this Answer with the same force and effect as if set forth more fully at length herein.

CORBALLY, GARTLAND AND RAPPLEYEA, LLP   •   ATTORNEYS AND COUNSELORS AT LAW
35 MARKET STREET   •   POUGHKEEPSIE, NEW YORK 12601   •   (845) 454-1110

12. As to Paragraphs "30" and "31" of the Complaint, the Defendant respectfully refers the Court to the referenced sections of the Bankruptcy Code for their full effect and meaning.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

13. All transfers complained of by the Trustee were made with fair consideration.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

14. All transfers complained of by the Trustee did not render the subject Debtor insolvent.

**WHEREFORE**, the Defendant respectfully requests that the Trustee's Adversary Proceeding be dismissed in its entirety, together with such other and further relief as this Court may deem just and proper.

Dated: Poughkeepsie, New York
April 11, 2011

Yours etc.,

**Corbally, Gartland and Rappleyea, LLP**

By: _____
William W. Frame
Attorneys for Defendant
35 Market Street
Poughkeepsie, New York
845-454-1110

To: Genova & Malin
Thomas Genova, Esq.
Attorneys for Trustee
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590