GENOVA & MALIN
1136 Route 9
Wappingers Falls, New York 12590
(845) 298-1600
(845) 298-1265 fax #
genmallaw@optonline.net

April 25, 2011

U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, New York 12601

**Re: Genova v. Sciarrone**
**Adv. Pro. No.: 11-09022**

Dear Sir or Madam:

This letter will serve to confirm that the pre-trial conference in the above referenced Adversary Proceeding is being adjourned, upon consent, from May 10, 2011 at 10:15 a.m. to **July 12, 2011 at 10:15 a.m.**

Thank you for your attention to this matter.

Very truly yours,

GENOVA & MALIN

/s/ Thomas Genova

THOMAS GENOVA

TG/ert

cc: William Frame, Esq.